# EXHIBIT I
# PLAINTIFF LIST

1. Kenneth Anderson
   1626 Highcrest Drive
   Medford OR 97504

2. Lee Benson
   1314 15th Street
   Aurora NE 68818

3. John Bolsinger
   339 W Belvidere Rd
   Grayslake IL 60030

4. Erin Celano
   220 Maryland Ave
   Newport DE 1980-4

5. Heather Clark
   4313 SE Lariat Drive
   Lee's Summit, MO 64082

6. Chris Crandall
   23709 E Twyman Road
   Independence MO 64058-2081

7. Rebecca Dalton*
   6970 Allen Road
   Tecumseh MI 49286

8. Sidney Danals
   725 Township Road 2475
   Loudonville OH 44842-9570

9. Tom Demmel
   108 Carriage House Trail
   Garner NC 27529-4563

10. Travis DePrey
    115 Veda Street
    Marquette MI 49855

11. Bill DeStefano
    56 Long Drive
    Elkton MD 21921

12. Carrie Fox
    17205 N 27th Place
    Phoenix AZ 85032

13. Diane Girard
    2722 Cullens Court
    Ocoee, FL 34761

14. Brandon Hamma
    7213 W Greenleaf Street
    Niles, IL 60714

15. Brittany Irwin
    9154 County Lane 245
    Webb City MO 64870

16. David Kisiel
    4037 Gass Avenue
    Schiller Park, IL 60176

17. Joe Kisiel
    9814 Garden Court
    Schiller Park, IL 60176

18. Mike Kisiel
    620 Frederick Lane
    Hoffman Estates, IL 60169

19. Rita Krowplewski
    1429 W Birdle Ter
    Addison IL 60101

20. Michael Lamb
    5220 Hunter Gap
    Guthrie, OK 73044

21. Terry Leslie
    317 Country Lane
    Lenoir City, TN 37771

22. Melissa Leslie
    317 Country Lane
    Lenoir City, TN 37771

23. Annmarie Lobdell
    221 Rabbit Run Rd
    Clintondale, NY 12515

24. Rorie Madigan
    98 Westhampton Drive
    Wilmington DE 19808

25. Greg Marshall
    380 Winemiller Lane
    Lumberport, WV 26386

26. John McCullough
    PO Box 157
    West, TX 76691

27. Jimmy Moore
    2671 Thomas Jefferson Pkwy
    Palmyra VA 22963

28. Allison O'Sullivan
    117 Mulberry Road
    Newark DE 19711

29. David Ojeda
    1349 Branchwood Circle
    Apt 104
    Naperville IL 60563

30. Joe Ostrowski
    857 Echo Hill Road
    Wichester PA 19382

31. Paul Pellegrin
    18008 Indian Tree Run
    Wildwood MO 63038

32. Patrick Phillips
    259 Gum Hollow Road
    Oak Ridge TN 37830

33. Jay Rensing
    3956 Staunton Road
    Edwardsville IL 62025

34. Terry Reylek
    91 Brian Drive
    Dover DE 19904

35. Holly Reynolds
    1917 B 9th Avenue N
    Nashville TN 37208

36. Jonathan Richardson
    721 South Fryar Drive
    Sallisaw OK 74955

37. Karla Riedy
    36 W Winter Street
    Delaware OH 43015

38. Charles Ross
    131 Paul Hare Road
    Goldsboro NC 27530

39. Tim Schafer
    1621 Post Oak Way
    Celina TX 75009

40. Kurt Schulte
    813 Jeffrey Pine Dr
    Bear DE 19701

41. David Secrist
    7529 19th Street
    Greeley CO 80634

42. Glen Seifert
    7526 Colony Drive
    Clay MI 48001

43. Bill Smith
    723 MC 295
    Texarkana AR 71854

44. Matt Sweeney
    760 Autumn Ridge Lane
    Hartford WI 53027

45. Christie Thompson
    605 Mt. Gilead Church Rd. N
    Sadieville KY 40370

46. Valik Tukalevskyy*
    3532 Pinney Topper Road
    Ashtabula OH 44004

47. Yuriy Tukalevskyy*
    3532 Pinney Topper Road
    Ashtabula OH 44004

48. Richard Vigil
    1759 Fernwood Rd
    Chula Vista CA 91913

49. Emilio Vilchez*
    201 Moravia Lane
    Cary NC 27513

50. Michael Walsh
    607 Maple Grove Drive
    Fredericksburg VA 22407

51. Mike Wargacki (medical exemption)
    1375 Wicke Ave
    Des Plaines, IL 60018

52. David Whipple
    239 Woodview Ave
    Norfolk VA 23505

53. Aaron Ybarra
    19965 W Grant Street
    Buckeye AZ 85326